WILLIAM S. FARMER (State Bar 46694)
COLLETTE ERICKSON FARMER
   & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, California 94104-2733
Telephone: 415/788-4646
Facsimile:  415/788-6929

Attorneys for Claimants
WILLIAM A. LOCKYER and
WILLIAM OLSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 18025 N. QUARTZ MOUNTAIN ROAD, AMADOR COUNTY, FIDDLETOWN, CALIFORNIA, APN: 015-320-019-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO<br><br>    Defendant,<br><br>WILLIAM A. LOCKYER, WILLIAM OLSON,<br><br>    Claimants. | CASE NO. CIV S-01-2127 LKK GGH<br><br>**STIPULATION AND ORDER CONTINUING DATE FOR HEARING ON CLAIMANTS' MOTION TO SET ASIDE FINAL JUDGMENT OF FORFEITURE AND PETITION TO DETERMINE EXCESSIVE FINE** |

    1.    The Motion previously filed by Claimants before this Court for relief from the Judgment in this matter has been set for hearing on May 23, 2005.

    2.    Lead counsel for Claimants, William S. Farmer, represents that he will be on a previously paid family vacation out of the country on May 23, 2005, and that he respectfully requests of the Court that the hearing be continued to a convenient date in or about mid-June,

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

1

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR HEARING

LOWX 9.1

2005.

3. Counsel have been informed that June 13, 2005 is an available hearing date before this Court.

4. Counsel for the United States, Courtney J. Linn, is agreeable to the continuance requested herein.

5. The parties have agreed that the government's opposition brief and supporting papers, if any, shall be filed on or before May 24, 2005 and that Claimants' reply brief, if any, shall be filed on or before June 6, 2005.

IT IS SO STIPULATED.

DATED: April ____, 2005         COLLETTE ERICKSON FARMER
                                & O'NEILL LLP


                          By    /s signature on original
                                WILLIAM S. FARMER


DATED: April ____, 2005         McGREGOR W. SCOTT
                                United States Attorney


                          By    /s signature on original
                                COURTNEY J. LINN
                                Assistant U.S. Attorney


IT IS SO ORDERED. Good cause appearing, the hearing on claimants' motion shall be and hereby is continued to June 13, 2005 at 10:00 a.m.


DATED: April _28, 2005          /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                United States District Judge

2

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR HEARING

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

LOWX 9.1