UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CIV. S-01-2127 LKK/GGH

    Plaintiff,

  v.                          O R D E R

REAL PROPERTY LOCATED 18025
N. QUARTZ MOUNTAIN ROAD, AMADOR
COUNTY, FIDDLETOWN, CALIFORNIA,
APN: 015-320-019-000, INCLUDING
ALL APPURTENANCES AND IMPROVEMENTS
THERETO,

    Defendant.
_____/
WILLIAM LOCKYER and WILLIAM OLSON,

    Claimants.
_____/

    Pending before the court is claimants' motion to set aside final judgement of forfeiture filed on September 30, 2004, the order filed on May 6, 2004, and petition a to determine excessive fine.

////

1

1    After consideration of the parties' papers and after oral
2 argument, the court hereby ORDERS that:
3    1.   Claimants' motion is STAYED for sixty (60) days pending
4 the government taking depositions of William Panzer and William
5 Olsen.
6    2.   The claimants may also make discovery requests, if they
7 so desire.[1]
8    3.   Upon the close of the sixty (60) days, the government
9 will inform the court by letter if the government rests on the
10 present record or seeks to amend their opposition based on the new
11 depositions.  If the latter, the government is to file its amended
12 opposition not later than fifteen days thereafter.  The claimants
13 are granted twenty days to close.  The court will determine whether
14 to resolve the matter on the record or order oral argument.
15    IT IS SO ORDERED.
16    DATED:  September 1, 2005

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The court cautions the claimants against requesting unnecessary discovery.  If the government objects to claimants' discovery requests, the government may file such objections with the magistrate judge.

2