1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:01-CV-2127 LKK GGH |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXPANDING THE SCOPE OF DISCOVERY AUTHORIZED BY THE COURT'S SEPTEMBER 1, 2005 ORDER** |
| REAL PROPERTY LOCATED AT 18025 N. QUARTZ MOUNTAIN ROAD, AMADOR COUNTY, FIDDLETOWN, CALIFORNIA, APN: 015-320-019-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

In its order filed September 1, 2005, the Court stayed claimants' motion for sixty (60) days to allow the government time to take the deposition of William Panzer and William Olson. The government, in its opposition papers to the motion, had also requested permission to take the deposition of William Lockyer. Claimants William Lockyer and William Olson have no objection to such a deposition, and further agree that the taking of claimant Lockyer's deposition should be considered within the scope of permissible and relevant post-judgment discovery.

STIPULATION

Accordingly, the parties stipulate and request that the Court amend its September 1, 2005 Order to authorize the taking of claimant William Lockyer's deposition.

IT IS SO STIPULATED.

DATED: 9/15/05                McGREGOR W. SCOTT
                              United States Attorney


                              /s/ Courtney J. Linn
                              COURTNEY J. LINN
                              Assistant U.S. Attorney


DATED: 9/15/05                /s/ William S. Farmer
                              WILLIAM S. FARMER
                              Counsel for claimants
                              William Lockyer and William Olson


ORDER

For good cause shown,

IT IS SO ORDERED.

DATED: September 21, 2005.

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              UNITED STATES DISTRICT JUDGE

2