1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CIV-S-01-2127 LKK GGH |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE** |
| REAL PROPERTY LOCATED AT 18025 N. QUARTZ MOUNTAIN ROAD, AMADOR, COUNTY, FIDDLETOWN, CALIFORNIA, APN: 015-320-019-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

By Order filed September 1, 2005, the Court stayed claimants' motion for sixty days to allow the government to conduct discovery, and directed the government to notify the Court at the close of the sixty (60) day period whether it wished to amend its opposition. On October 28, 2005, the government notified the Court that it wished to amend its opposition. Presently, the government's amended opposition papers are due on November 14, 2005.

Counsel for the government is scheduled to be in Minneapolis on government travel on November 7th and 8th, and Friday, November 11th, is a federal holiday. As a courtesy, claimants Lockyer and Olson

stipulate that the government may have an additional week - until November 21, 2005 - to submit its amended opposition papers. Claimant Lockyer and Olson's responsive papers shall then be due twenty days thereafter.

IT IS SO STIPULATED.

```
                                    McGREGOR W. SCOTT
                                    United States Attorney


Dated: 11/4/05              By /s/ Courtney J. Linn
                                    COURTNEY J. LINN
                                    Assistant U.S. Attorney



Dated: 11/4/05                 /s/ Courtney J. Linn on behalf of
                                    WILLIAM S. FARMER
                                    Attorney for Claimants William Lockyer
                                    and William Olson
```

**ORDER**

IT IS SO ORDERED.

Dated: November 7, 2005

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
United States District Judge

2