UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                NO. CIV. S-01-2127 LKK/GGH

       Plaintiff,

    v.                           O R D E R

REAL PROPERTY LOCATED 18025
N. QUARTZ MOUNTAIN ROAD, AMADOR
COUNTY, FIDDLETOWN, CALIFORNIA,
APN:  015-320-019-000, INCLUDING
ALL APPURTENANCES AND IMPROVEMENTS
THERETO,

       Defendant.
_____/

WILLIAM LOCKYER and WILLIAM OLSON,

       Claimants.
_____/

The court is in receipt of the amended opposition to the motion to set aside final judgement of forfeiture and petition for determination of excessive fines.

////

////

1

1       This matter is now SET for further oral argument on January

2  30, 2006 at 10:00 a.m. on the court's law and motion calendar.

3       IT IS SO ORDERED.

4       DATED:  December 5, 2005

5                                    /s/Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
6                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26