UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CIV. S-01-2127 LKK/GGH

    Plaintiff,

  v.                              O R D E R

REAL PROPERTY LOCATED 18025
N. QUARTZ MOUNTAIN ROAD, AMADOR
COUNTY, FIDDLETOWN, CALIFORNIA,
APN: 015-320-019-000, INCLUDING
ALL APPURTENANCES AND IMPROVEMENTS
THERETO,

    Defendant.
_____/

WILLIAM LOCKYER and WILLIAM OLSON,

    Claimants.
_____/

    Pending before the court is a stipulated request to extend the date by which the parties are to designate expert witnesses. The designation of expert witnesses were to be due on March 2, 2006. The parties request that the expert designation deadline be extended to March 23, 2006.

1

The request is GRANTED.[1]

IT IS SO ORDERED.

DATED: March 2, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The parties are warned that the court will not grant any further extensions.

2