ROLAND P. REYNOLDS, S.B. 150864
PFEIFER & REYNOLDS, LLP
765 The City Drive, Suite 380
Orange, CA 92868
Tele: (310) 788-3900
Fax: (310) 388-5416

Attorneys for Claimant CitiMortgage, Inc., successor by merger to First Nationwide Mortgage Corporation

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIV-S-01-2127 LKK GGH |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| ) | **REGARDING PARTICIPATION OF** |
| v. ) | **CITIMORTGAGE, INC. IN** |
| ) | **SETTLEMENT CONFERENCE** |
| REAL PROPERTY LOCATED AT 18025 ) | |
| N. QUARTZ MOUNTAIN ROAD, ) | |
| AMADOR, COUNTY, FIDDLETOWN, ) | |
| CALIFORNIA, APN: 015-320-019-000, ) | |
| INCLUDING ALL APPURTENANCES ) | |
| AND IMPROVEMENTS THERETO, ) | |
| ) | |
| Defendants. ) | |
| ) | |

It is hereby stipulated by and between Plaintiff United States of America and Claimants CitiMortgage, Inc., William Lockyer and William Olson, by and through their respective counsel of record, as follows:

1.   There is presently a settlement conference set in this action to take place on April 3, 2006 before the Honorable Gregory G. Hollows.

2. CitiMortgage, Inc. is a party to this action by virtue of its position as the servicer and/or holder of a loan secured by a deed of trust covering the real property that is the subject of this action. None of the parties are challenging the lien of CitiMortgage, Inc. in the real property, and CitiMortgage, Inc. has taken no position as to the merits of the Plaintiff's claims to take the property subject to the deed of trust or the other claimants' claims and defenses.

3. Given the uncontested position of CitiMortgage, Inc., the parties hereby stipulate and agree that CitiMortgage, Inc. is not required to participate in the settlement conference. Counsel for CitiMortgage, Inc. will be available by telephone.

IT IS SO STIPULATED.

DATED:  March 29, 2006            PFEIFER & REYNOLDS, LLP


                                  By:   /s/ Roland P. Reynolds
                                        ROLAND P. REYNOLDS
                                  Attorneys for Claimant, CitiMortgage, Inc.


DATED:  March 29, 2006            MCGREGOR W. SCOTT
                                  UNITED STATES ATTORNEY


                                  By:   /s/ Courtney J. Linn
                                        COURTNEY J. LINN
                                        Assistant U.S. Attorney
                                  Attorneys for United States of America

///
///

DATED: March 29, 2006          COLLETTE, ERICKSON, FARMER & O'NEILL


By:  /s/ William S. Farmer
     WILLIAM S. FARMER
Attorney for Claimants William Lockyer
and William Olson


## **ORDER**

IT IS SO ORDERED.

Dated: March 31, 2006.          /s/Lawrence K. Karlton
                                Lawrence K. Karlton
                                United States District Judge