IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiffs,                      No. CIV S-01-2127 LKK GGH

    vs.

REAL PROPERTY LOCATED AT
18025 N. QUARTZ MOUNTAIN
ROAD, AMADOR COUNTY,
FIDDLETOWN, CALIFORNIA,
APN:015-320-019-000, INCLUDING
ALL APPURTENANCES AND
IMPROVEMENTS THERETO,

      Defendants.                 <u>ORDER</u>

_____/

        On April 3, 2006, the parties and counsel met in settlement conference in the above captioned case. Appearances were placed on the record. The case settled at conference and the terms of the settlement were placed on the record.

        Accordingly, all previously scheduled dates in this case are vacated. Dispositive papers, i.e., a dismissal, shall be filed no later than May, 3, 2006.

DATED: 4/5/06                /s/ Gregory G. Hollows

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

GGH:035 - quartz.ord